IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ERIC DEMETRIUS JONES (# 45265)**                                 **PLAINTIFF**

v.                                                                                                        **No. 4:03CV328-P-A**

**CHRISTOPHER EPPS, ET AL.**                                                     **DEFENDANTS**

## FINAL JUDGMENT

On April 20, 2006, the court revoked the plaintiff's *in forma pauperis* status because he had accumulated three "strikes" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). The court directed the plaintiff to pay the filing fee in this case by May 15, 2006, and warned the plaintiff that failure to do so would result in the dismissal of this case. The plaintiff has failed to pay the filing fee, and the deadline for doing so has passed. As such, the instant case is hereby **DISMISSED** under FED. R. CIV. P. 41(b) for failure to prosecute and failure to pay the filing fee.

**SO ORDERED,** this the 6th day of June, 2006.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE